IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Larry Porter,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | No. 12 C 8924 |
| **Zimmer Inc., et al,** | ) ) ) ) | Judge Rebecca R. Pallmeyer |
| **Defendants.** | ) | |

## ORDER

Pursuant to Stipulation, the above cause is dismissed without prejudice, each party to bear its own costs.

ENTER:

Dated: February 25, 2015

_____
REBECCA R. PALLMEYER
United States District Judge